3617.   SIMS *v.* WILLER MANUFACTURING CO.

HILL, C. J.   No error appears, and the evidence demanded the verdict rendered for the plaintiff.                    *Judgment affirmed.*

DECIDED JANUARY 15, 1912.

Complaint; from city court of Valdosta—Judge Cranford. July 7, 1911.

*Whitaker & Dukes,* for plaintiff in error.
*Denmark & Griffin,* contra.